UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:18-cv-04138-RGK | Date | July 10, 2018 |

Title: IN RE: SONJA KINGSLEY

Present: The Honorable R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

| Sharon L. Williams | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None appearing | None appearing |

**Proceedings:** (IN CHAMBERS) Order to Show Cause re Dismissal re Lack of Prosecution

The Court, on its own motion, hereby orders appellant, **Sonja Kingsley**, to show cause in writing no later than **July 20, 2018** why this action should not be dismissed for lack of prosecution. This order is based upon appellant's failure to file documents in the U.S. Bankruptcy Court, required by Rule 8002, et seq. of the U.S. Bankruptcy Rules. Appellant is advised that the Court will consider the filing of the following documents in the U.S. Bankruptcy Court, as an appropriate response to this Order to Show Cause, on or above the above date, to avoid dismissal:

1. Designation of Record
2. Statement of issues on appeal

and the following documents in the U.S. District Court:

1. Certification of Interested Parties
2. Notice of Any Related Cases

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument of this matter will be held unless ordered by the Court. The order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Court order may result in the dismissal of the action.

**IT IS SO ORDERED.**