JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE DEBTOR SONJA KINGSLEY ) | Case No. 2:18-CV-04138-RGK |
| Sonja Kingsley, ) Appellant ) | ORDER DISMISSING ACTION FOR LACK OF PROSECUTION |
| v. ) | |
| Santander Consumer USA, Inc. and Chrysler Capital, ) Appellees ) | |

On July 10, 2018, the Court issued an Order to Show Cause re Dismissal for Lack of Prosecution [7]. A response to the Order to Show Cause was due on or before July 20, 2018. As of this date, appellant has failed to respond to the Order to Show Cause. Therefore, the Court orders the matter dismissed for lack of prosecution.

**IT IS SO ORDERED.**

Dated: July 25, 2018

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE